UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-3888-MWF(AGRx)**                              Dated: **July 27, 2015**

Title:      South Coast Properties, LLC -v- T-Mobile West, LLC

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Alex Joko |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Jeffrey S. Flashman                      Allegra C. Perez


**PROCEEDINGS:**      MOTION TO DISMISS CASE [12]


The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.




Initials of Deputy Clerk   rs

-1-                                      :12 min